OPINION — AG — ** CONTINUOUS VITALITY OF PROFESSIONAL ORGANIZATIONS ** WHERE A PROFESSIONAL ORGANIZATION IS DESIGNATED UNDER 70 O.S. 509.2 [70-509.2], DURING A SCHOOL YEAR BY A MAJORITY OF PROFESSIONAL EDUCATORS OF A SCHOOL DISTRICT FOR NEGOTIATIONS WITH THE BOARD, SUCH DESIGNATION CONTINUES AND DOES 'NOT' AUTOMATICALLY TERMINATE AFTER SUCH SCHOOL YEAR. (LABOR NEGOTIATIONS, REPRESENTATIVES OF TEACHERS, BARGAINING AGENT, EMPLOYEES) CITE: 70 O.S. 509.1 [70-509.1] (GERALD E. WEIS)